FILED'08 APR 30 20:03 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ERIC S. BURNHAM, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Case No. 05-850-JE |
| v. ) | |
| ) | O R D E R |
| SHARON BLACKETTER, ) | |
| ) | |
| Respondent. ) | |
| ) | |

Craig E. Weinerman
Assistant Federal Public Defender
151 W. 7th Avenue, Suite 510
Eugene, Oregon 97401

    Attorney for Petitioner

Hardy Myers
Attorney General
Summer R. Gleason
Assistant Attorney General
Department of Justice
1162 Court Street N. E.
Salem, Oregon 97310

    Attorneys for Respondent

Page 1 - ORDER

KING, Judge:

The Honorable John Jelderks, United States Magistrate Judge, filed Findings and Recommendation on April 8, 2008. Petitioner filed timely objections to the Findings and Recommendation.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a de novo determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). This court has, therefore, given de novo review of the rulings of Magistrate Judge Jelderks.

This court ADOPTS the Findings and Recommendation of Magistrate Judge Jelderks dated April 8, 2008 in its entirety.

IT IS HEREBY ORDERED that the Amended Petition for Writ of Habeas Corpus (#9) is denied.

DATED this 30 day of April, 2008.

_____
GARR M. KING
United States District Judge

Page 2 - ORDER